**FULL NAME:** KENNETH MICHAEL FERRELL

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** CSP-LAC / P.O. Box 4610
Lancaster CA 93539

**PRISON NUMBER (if applicable):** AU-1746

Received 1/23
Scanned at LAC and E-mailed on 1/23/25 by M
Number of pages scanned: 4

FILED
CLERK, U.S. DISTRICT COURT
1/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

DEFENDANT(S).

CASE NUMBER: 2:25-cv-00729-WLH-JC

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __KENNETH FERRELL__
(print plaintiff's name)
who presently resides at __CSP- LAC / Facility C Bldg 4 cell 114__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__CSP- LAC / Lancaster__
(institution/city where violation occurred)

on (date or dates) __8.12.2024__
_____ (Claim I)    _____ (Claim II)    _____ (Claim III)

NOTE:  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __R. V. Lopez__ (full name of first defendant) resides or works at __LSP-LAC 44750 60th Street West 93539__ (full address of first defendant)
__Correctional Officer__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
__He was working at his assigned post as a correctional officer in Faculty C Building 4 observation tower__

2. Defendant _____ (full name of first defendant) resides or works at
_____ (full address of first defendant)
_____ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

3. Defendant _____ (full name of first defendant) resides or works at
_____ (full address of first defendant)
_____ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

4th amendment Search and Seizure clause due to it is well established that absent probable cause for an officer to believe a suspect posses an Immediate threat of death or serious bodily injury to others use of deadly force is not objectively reasonable.

14th amendment was also violated by the officers use of excessive force / deadly force.

8th amendment was also violated by the officers use of deadly force / excessive force.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 8.12.2024 officer R.V. Lopez was working as the control Booth officer for 2nd watch in 4 Block Facility C CSP-LAC, early in that Shift officer R.V. Lopez made comments to the effect that he wanted to shoot someone that day then during that same shift officer R.V. Lopez actually ends up Shooting at me multiple times Resulting in a direct Shot to my head in the dayroom with a wooden Baton round. The impact from a direct Shot with a wooden Baton round could constitute deady force, Great 3 bodily Injury was created - 15 staples to head and nerve damage to right arm. Although this took place in the dayroom and it was a serious incident C.D.C.R Confidentialy never filed anything until after I initiated the 602 process

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Compensatory Relief in the ammount of 25,000 +.

_____
1.13.2025
(Date)

_____
K. Ferrell
(Signature of Plaintiff)




CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** FERRELL, KENNETH MICHAEL
**CDC#:** AU1746
**Current Location:** LAC-Facility C

**Date:** 09/26/2024

**Current Area/Bed:** C 004 1 - 114001U

**Log #:** 000000621949

---

**Claim #: 001**

| | | |
|---|---|---|
| **Received at Institution/Parole Region:** | California State Prison, Los Angeles County | |
| **Submitted to Facility/Parole District:** | LAC-Facility C | |
| **Housing Area/Parole Unit:** | | |
| **Group:** Allegation of Staff Misconduct | **Category:** Use of Force | **Sub-Category:** Excessive or Unnecessary Force |

The California Department of Corrections and Rehabilitation received your grievance on 09/10/2024 which you submitted on 09/10/2024.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

## OFFICE OF GRIEVANCES DECISION

**Offender Name:** FERRELL, KENNETH MICHAEL  
**CDC#:** AU1746  
**Current Location:** LAC-Facility C

**Date:** 09/26/2024  
**Current Area/Bed:** C 004 1 - 114001U

**Log #:** 000000621949

### Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Los Angeles County  
**Submitted to Facility/Parole District:** LAC-Facility C  
**Housing Area/Parole Unit:**  
**Group:** Allegation of Staff Misconduct   **Category:** Use of Force   **Sub-Category:** Excessive or Unnecessary Force

The California Department of Corrections and Rehabilitation received your grievance on 09/10/2024 which you submitted on 09/10/2024.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**