JS- 6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KENNETH MICHAEL FERREL,

Petitioner,

v.

R. V. LOPEZ, et al.,

Defendants.

Case No. 2:25-cv-00729-WLH-AYP

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that this case is dismissed without prejudice.

Dated: July 17, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE